1 | BENJAMIN B. WAGNER
United States Attorney
2 | ELANA S. LANDAU
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000



FILED

NOV 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  J. HELLINGS
        DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:11 CR 0 0 3 9 5   AWI

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) EX PARTE MOTION TO SEAL |
| | ) INDICTMENT PURSUANT |
| v. | ) TO RULE 6(e), FEDERAL |
| | ) FEDERAL RULES OF |
| RONNIE ALEXANDER, | ) CRIMINAL PROCEDURE |
| Defendant | ) |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 10, 2011, charging the above defendant with a violation of Title 21, United States Code, Sections 841(a)(1), 841(b))(1)(C)-Distribution of Cocaine Base, charges be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued

1  pursuant thereto, except when necessary for the issuance and
2  execution of the warrant.
3  DATED: November 10, 2011                Respectfully submitted,
4                                          BENJAMIN B. WAGNER
                                           Acting United States Attorney
5
                                           By
6                                              ELANA S. LANDAU
                                           Assistant U.S. Attorney
7
8  IT IS SO ORDERED this 10  day of November, 2011
9                                           _____
10                                          U.S. Magistrate Judge

2